UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE PEOPLE OF GREEN BAY, WISCONSIN,

    Plaintiff,

v.                                          Case No. 07-C-318

TOM HINZ, et al.,

    Defendant.

**ORDER**

    Fifty-nine named individuals, designating themselves as "The People of Green Bay, Wisconsin", have filed a petition for a writ of Mandamus demanding that a criminal investigation be conducted into the events surrounding the "secret wedding" of Phillip Bocher and Ursula Skarvan which apparently occurred more than ten years ago.  The petition and the brief filed in support of it are hardly intelligible.  Based upon the fact that the petition fails to state any claim cognizable under federal law, the court, on its own motion, orders the matter dismissed.

    **SO ORDERED** this   5th   day of April, 2007.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge